Richard Johnston - SBN 124524
131-A Stony Circle, Suite 500
Santa Rosa, California 95401
Telephone (707) 577-7422
Facsimile (707) 837-9532

Attorney for Plaintiff
Lovey Martin

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVEY MARTIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DOCTORS MANAGEMENT COMPANY LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant. | Case No.<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am employed in the City of Santa Rosa, County of Sonoma. I am over the age of 18 years, and am not a party to the within action. My business address is 131A Stony Circle, Suite 500, Santa Rosa, California 95401.

　　　On December 13, 2007, I mailed at Santa Rosa, California:

**1.**　Notice of Lawsuit and Request for Waiver of Service of Summons

**2.**　Waiver of Service of Summons

**3.**　Complaint

**4.**　Order Setting Initial Case Management Conference and ADR Deadlines

**5.**　Notice

**6.**　Standing Order for all Judges of the Northern District of California

**7.**　Notice of Availability of Magistrate Judge to Exercise Jurisdiction

_____
CERTIFICATE OF SERVICE

1     **8.**    U.S. District Court Northern California ECF Registration Information Handout

in a sealed envelope with postage fully prepaid and addressed to:

Bruce L. Crile
Chief Operating Officer
The Doctors Management Company
185 Greenwood Road
Napa, California 94558-6270
*Plan Administrator*
*Doctors Management Company Long Term Disability Plan*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed December 13, 2007, at Santa Rosa, California.

                                                       /S/
                                         Richard Johnston

CERTIFICATE OF SERVICE                            2