Richard Johnston - SBN 124524
131-A Stony Circle, Suite 500
Santa Rosa, California 95401
Telephone (707) 577-7422
Facsimile (707) 837-9532

Attorney for Plaintiff
Lovey Martin

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVEY MARTIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DOCTORS MANAGEMENT COMPANY LONG ) <br> TERM DISABILITY PLAN, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CV 07-5952 CW <br><br> **PLAINTIFF'S FILING OF WAIVER OF SERVICE OF SUMMONS EXECUTED ON BEHALF OF DEFENDANT** |

    Plaintiff Lovey Martin files herewith the Waiver of Service of Summons duly executed on behalf of defendant Doctors Management Company Long Term Disability Plan herein.

Dated: January 22, 2008

                                                        /s/
                                      Richard Johnston
                                      Attorney for Plaintiff
                                      Lovey Martin