MORGAN, LEWIS & BOCKIUS LLP
DONALD P. SULLIVAN (State Bar No. 191080)
SACHA M. STEENHOEK (State Bar. No. 253743)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
DOCTORS MANAGEMENT COMPANY LONG
TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVEY MARTIN, | Case No. CV 07-5952 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| DOCTORS MANAGEMENT COMPANY LONG TERM DISABILITY PLAN, | |
| Defendant. | |

WHEREAS, Plaintiff served Defendant with Notice of the Lawsuit, Complaint, and Request for Waiver of Service of Summons on December 13, 2007.  Defendant acknowledged receipt of the Complaint and waived service of the Summons on January 14, 2008;

WHEREAS, Defendant answered the Complaint on February 11, 2008;

WHEREAS, Defendant is a fully-insured, ERISA-governed long term disability plan insured by the Prudential Insurance Company of America;

WHEREAS, Defendant recently tendered the defense of the case to Prudential;

WHEREAS, Prudential has accepted tender of the defense and has retained Morgan, Lewis & Bockius LLP to represent Defendant in this case;

WHEREAS, Morgan, Lewis & Bockius LLP and Defendant's previous counsel, Lewis, Brisbois, Bisgaard & Smith LLP, will be filing a substitution of counsel in this case shortly;

WHEREAS, The Case Management Conference is currently set in this case for Tuesday,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CV 07-5952 CW

April 8, 2008 at 2:00 p.m.;

WHEREAS, Defendant's new counsel needs additional time to review the file so that he and Plaintiff's counsel can jointly prepare a meaningful Case Management Statement and complete initial disclosures before the Case Management Conference;

WHEREAS, counsel for Plaintiff and Defendant are both available on Tuesday, April 22, 2008 at 2:00 p.m.;

WHEREAS, the Court continued the Case Management Conference in this case once because the last day for the Parties to meet and confer regarding early disclosures, early settlement, ADR process selection and formulation of a discovery plan pursuant to Federal Rule of Civil Procedure was a date *before* the last day for Defendant to respond to the Complaint; and

WHEREAS, the granting of this stipulated request will not delay the resolution of this case or require the altering of any other Court-imposed deadlines.

NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY STIPULATE and AGREE that:

(a) the Case Management Conference scheduled for Tuesday, April 8, 2008 shall be continued by two weeks to Tuesday, April 22, 2008 at 2:00 p.m.; and

(b) the Parties will file the Case Management Statement at least 7 days before the April 22, 2008 Case Management Conference.

Dated: April 1, 2008          LAW OFFICES RICHARD JOHNSTON

                              By    /s/ Richard Johnston  (authorized on 04/01/2008)
                              Richard Johnston
                              Attorney for Plaintiff

Dated: April 1, 2008          MORGAN, LEWIS & BOCKIUS LLP

                              By    /s/  Donald P. Sullivan
                              Donald P. Sullivan
                              Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____
                              The Honorable Claudia Wilken
                              United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CV 07-5952 CW