1  DONALD P. SULLIVAN, State Bar No. 191080
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
3  Tel: 415.442.1000
   Fax: 415.442.1001
4  E-mail: dpsullivan@morganlewis.com

5  Attorneys for Defendant
   DOCTORS MANAGEMENT COMPANY LONG
6  TERM DISABILITY PLAN

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

12 | LOVEY MARTIN,                          | Case No. CV 07-5952 CW
13 |                   Plaintiff,           | **NOTICE OF SUBSTITUTION OF COUNSEL**
14 |         vs.                            |
15 | DOCTORS MANAGEMENT                     |
   | COMPANY LONG TERM DISABILITY           |
16 | PLAN,                                  |
17 |                   Defendant.           |

18

19     Defendant Doctors Management Company Long Term Disability Plan hereby substitutes

20 retained counsel Donald P. Sullivan of Morgan, Lewis & Bockius LLP, One Market, Spear Street

21 Tower, San Francisco, California, 94105, as attorney of record in the place and stead of Ralph A.

22 Zappala of Lewis, Brisbois, Bisgaard & Smith LLP, One Sansome Street, Suite 1400, San

23 Francisco, California, 94101, and Elise D. Klein and Kristin Kyle de Bautista of Lewis, Brisbois,

24 Bisgaard & Smith LLP, 221 North Figueroa Street, Suite 1200, Los Angeles, California, 90012.

25 ///

26 ///

27 ///

28 ///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

C:\DOCUME~1\kyle\LOCALS~1\Temp\XPGRPWISE\Martin_ Notice of Substitution of Counsel.DOC

NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. CV 07-5952 CW

1   Please direct all notices and other communications to Defendant pertaining to this case to
2   Morgan, Lewis & Bockius LLP at the above-identified address.

4   Dated: April 2, 2008

    _____
    Doctors Management Company Long Term
    Disability Plan

7   Dated: April 2, 2008

    _____
    Ralph A. Zapalla
    Elise D. Klein
    Kristin Kyle de Bautista
    LEWIS, BRISBOIS, BISGAARD & SMITH LLP

12  Dated: 7/2, 2008

    _____
    Donald P. Sullivan
    MORGAN, LEWIS & BOCKIUS LLP

### [PROPOSED] ORDER

The substitution of counsel in above-titled case is hereby approved.

IT IS SO ORDERED.

Dated:_____

_____
The Hon. Claudia Wilken
United States District Judge

1-SF/7677352.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

C:\DOCUME~1\kyle\LOCALS~1\Temp\XPGRPWISE\Martin_ Notice of Substitution of Counsel. DOC

2

NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. CV 07-5952