1    MORGAN, LEWIS & BOCKIUS LLP
     DONALD P. SULLIVAN (State Bar No. 191080)
2    SACHA M. STEENHOEK (State Bar. No. 253743)
     One Market, Spear Street Tower
3    San Francisco, CA  94105-1126
     Tel:  415.442.1000
4    Fax:  415.442.1001

5    Attorneys for Defendant
     DOCTORS MANAGEMENT COMPANY LONG
6    TERM DISABILITY PLAN

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| 11  LOVEY MARTIN, | Case No. CV 07-5952 CW |
|---|---|
| 12  Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT** |
| 13  vs. | **CONFERENCE** |
| 14  DOCTORS MANAGEMENT COMPANY LONG TERM DISABILITY PLAN, | |
| 15  Defendant. | |
| 16 | |

17        WHEREAS, Plaintiff served Defendant with Notice of the Lawsuit, Complaint, and

18    Request for Waiver of Service of Summons on December 13, 2007.  Defendant acknowledged

19    receipt of the Complaint and waived service of the Summons on January 14, 2008;

20        WHEREAS, Defendant answered the Complaint on February 11, 2008;

21        WHEREAS, Defendant is a fully-insured, ERISA-governed long term disability plan

22    insured by the Prudential Insurance Company of America;

23        WHEREAS, Defendant recently tendered the defense of the case to Prudential;

24        WHEREAS, Prudential has accepted tender of the defense and has retained Morgan,

25    Lewis & Bockius LLP to represent Defendant in this case;

26        WHEREAS, Morgan, Lewis & Bockius LLP and Defendant's previous counsel, Lewis,

27    Brisbois, Bisgaard & Smith LLP, will be filing a substitution of counsel in this case shortly;

28        WHEREAS, The Case Management Conference is currently set in this case for Tuesday,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CV 07-5952 CW

1    April 8, 2008 at 2:00 p.m.;

2        WHEREAS, Defendant's new counsel needs additional time to review the file so that he

3    and Plaintiff's counsel can jointly prepare a meaningful Case Management Statement and

4    complete initial disclosures before the Case Management Conference;

5        WHEREAS, counsel for Plaintiff and Defendant are both available on Tuesday, April 22,

6    2008 at 2:00 p.m.;

7        WHEREAS, the Court continued the Case Management Conference in this case once

8    because the last day for the Parties to meet and confer regarding early disclosures, early

9    settlement, ADR process selection and formulation of a discovery plan pursuant to Federal Rule

10    of Civil Procedure was a date *before* the last day for Defendant to respond to the Complaint; and

11        WHEREAS, the granting of this stipulated request will not delay the resolution of this

12    case or require the altering of any other Court-imposed deadlines.

13        NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY

14    STIPULATE and AGREE that:

15        (a)  the Case Management Conference scheduled for Tuesday, April 8, 2008 shall be

16    continued by two weeks to Tuesday, April 22, 2008 at 2:00 p.m.; and

17        (b)  the Parties will file the Case Management Statement at least 7 days before the April

18    22, 2008 Case Management Conference.

19    Dated: April 1, 2008                    LAW OFFICES RICHARD JOHNSTON

20                                            By      /s/ Richard Johnston  (authorized on
                                                     04/01/2008)
21                                            _____
                                                     Richard Johnston
                                                     Attorney for Plaintiff
22    Dated: April 1, 2008                    MORGAN, LEWIS & BOCKIUS LLP

23                                            By      /s/  Donald P. Sullivan
                                              _____
24                                                   Donald P. Sullivan
                                                     Attorneys for Defendant

25    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26    Dated: _____   4/4/08

27                                            _____
                                              The Honorable Claudia Wilken
                                              United States District Judge

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2                        STIPULATION AND [PROPOSED] ORDER
                         CONTINUING CASE MANAGEMENT CONFERENCE
                         CV 07-5952 CW