1  DONALD P. SULLIVAN, State Bar No. 191080
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
3  Tel: 415.442.1000
   Fax: 415.442.1001
4  E-mail: dpsullivan@morganlewis.com

5  Attorneys for Defendant
   DOCTORS MANAGEMENT COMPANY LONG
6  TERM DISABILITY PLAN

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12  LOVEY MARTIN,                          Case No. CV 07-5952 CW

13                  Plaintiff,             NOTICE OF SUBSTITUTION OF
                                           COUNSEL
14          vs.

15  DOCTORS MANAGEMENT
    COMPANY LONG TERM DISABILITY
16  PLAN,

17                  Defendant.

18

19      Defendant Doctors Management Company Long Term Disability Plan hereby substitutes

20  retained counsel Donald P. Sullivan of Morgan, Lewis & Bockius LLP, One Market, Spear Street

21  Tower, San Francisco, California, 94105, as attorney of record in the place and stead of Ralph A.

22  Zappala of Lewis, Brisbois, Bisgaard & Smith LLP, One Sansome Street, Suite 1400, San

23  Francisco, California, 94101, and Elise D. Klein and Kristin Kyle de Bautista of Lewis, Brisbois,

24  Bisgaard & Smith LLP, 221 North Figueroa Street, Suite 1200, Los Angeles, California, 90012.

25  ///

26  ///

27  ///

28  ///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

C:\DOCUME~1\kyle\LOCALS~1\Tem
p\XPGRPWISE\Martin_ Notice of
Substitution of Counsel. DOC

NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. CV 07-5952 CW

1   Please direct all notices and other communications to Defendant pertaining to this case to

2   Morgan, Lewis & Bockius LLP at the above-identified address.

3

4   Dated: April 2, 2008 _____

5                                        Doctors Management Company Long Term
                                         Disability Plan
6

7   Dated: April 2, 2008 _____

8                                        Ralph A. Zapalla
                                         Elise D. Klein
9                                        Kristin Kyle de Bautista
                                         LEWIS, BRISBOIS, BISGAARD & SMITH
10                                       LLP

11  Dated: 4/2, 2008 _____

12                                       Donald P. Sullivan
13                                       MORGAN, LEWIS & BOCKIUS LLP

14

15                           [PROPOSED] ORDER

16       The substitution of counsel in above-titled case is hereby approved.

17  IT IS SO ORDERED.

18            4/7/08
19  Dated: _____        _____

20                                       The Hon. Claudia Wilken
                                         United States District Judge
21

22

23  1-SF/7677352.1

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

C:\DOCUME~1\kyle\LOCALS~1\Tem
p\XPGRPWISE\Martin_ Notice of
Substitution of Counsel. DOC

2

NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. CV 07-5952