IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lovey Martin<br>    Plaintiff(s)<br><br>v.<br><br>Doctors Management Company<br>Long Term Disability Plan<br>    Defendants(s) | No. C 07-5952 CW<br><br>CONSENT TO PROCEED<br>BEFORE A UNITED<br>STATES MAGISTRATE<br>JUDGE |

Pursuant to 28 U.S.C. Section 636(c) and Rule 73, Federal Rules of Civil Procedure, the below party(ies) hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. (Parties may consent to the assignment of only one or more particular Magistrate Judge(s): **None.** ).
[insert name(s) of Magistrate Judge(s)]

Dated: _____     _____
                                                  Attorney for Plaintiff(s)

Dated: _____     _____
                                                  Attorney for Defendant(s)

**DECLINATION**

The below-named party(ies) decline to consent at this time to reference of the above-captioned matter to a United States Magistrate Judge for trial.

Dated: _____     _____
                                                  Attorney for Plaintiff(s)

Dated: 5/9/2008     *[signature]*
                                                  Attorney for Defendant(s)
                                                  Donald P. Sullivan - SBN 191080