United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Martin,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Doctors Management Company Long Term Disability Plan,<br><br>            Defendant(s). | 07-05952 CW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Charles E. Farnsworth**
Law Offices of Charles E. Farnsworth
7677 Oakport St., Suite 565
Oakland, CA 94621
510-635-2790
cefarns@yahoo.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05952 CW MED                         - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: May 14, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-05952 CW MED                              - 2 -