DONALD P. SULLIVAN, State Bar No. 191080
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dpsullivan@morganlewis.com

Attorney for Defendant
Doctors Management Company Long Term
Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVEY MARTIN,<br><br>    Plaintiff,<br><br>vs.<br><br>DOCTORS MANAGEMENT COMPANY LONG TERM DISABILITY PLAN,<br><br>    Defendant. | Case No. CV 07-5952 CW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Defendant Doctors Management Company Long Term Disability Plan ("Defendant") hereby substitutes retained counsel Tad Devlin of Gordon & Rees, 275 Battery Street, Suite 2000, San Francisco, California, 94111, as attorney of record in the place and stead of Donald P. Sullivan of Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, California, 94105.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. CV 07-5952 CW

Please direct all notices and other communications to Defendant pertaining to this case to Gordon & Rees at the above-identified address.

Dated: July 9, 2008

_____
Doctors Management Company Long Term Disability Plan

Dated: July 8, 2008

_____
Donald P. Sullivan
MORGAN, LEWIS & BOCKIUS LLP

Dated: July 9, 2008

_____
Tad Devlin
GORDON & REES

## [PROPOSED] ORDER

The substitution of counsel in above-titled case is hereby approved.

IT IS SO ORDERED.

Dated:_____

_____
The Hon. Claudia Wilken
United States District Judge

DB1/61953322.1

1  Please direct all notices and other communications to Defendant pertaining to this case to Gordon
2  & Rees at the above-identified address.

4  Dated:_____, 2008

_Norman L. Miley Jr_
Doctors Management Company Long Term
Disability Plan

7  Dated: July 8, 2008

Donald P. Sullivan
MORGAN, LEWIS & BOCKIUS LLP

10  Dated:_____, 2008

Tad Devlin
GORDON & REES

### [PROPOSED] ORDER

The substitution of counsel in above-titled case is hereby approved.

IT IS SO ORDERED.

Dated:_____

The Hon. Claudia Wilken
United States District Judge

DB1/61953322.1