1  DONALD P. SULLIVAN, State Bar No. 191080
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
3  Tel: 415.442.1000
   Fax: 415.442.1001
4  E-mail: dpsullivan@morganlewis.com

5  Attorney for Defendant
   Doctors Management Company Long Term
6  Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LOVEY MARTIN, | Case No. CV 07-5952 CW |
|---|---|
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| vs. | |
| DOCTORS MANAGEMENT COMPANY LONG TERM DISABILITY PLAN, | |
| Defendant. | |

Defendant Doctors Management Company Long Term Disability Plan ("Defendant") hereby substitutes retained counsel Tad Devlin of Gordon & Rees, 275 Battery Street, Suite 2000, San Francisco, California, 94111, as attorney of record in the place and stead of Donald P. Sullivan of Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, California, 94105.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. CV 07-5952 CW

Please direct all notices and other communications to Defendant pertaining to this case to Gordon & Rees at the above-identified address.

Dated:_____, 2008

Doctors Management Company Long Term Disability Plan

Dated:_____, 2008

Donald P. Sullivan
MORGAN, LEWIS & BOCKIUS LLP

Dated:_____, 2008

Tad Devlin
GORDON & REES

**ORDER**

The substitution of counsel in above-titled case is hereby approved.

IT IS SO ORDERED.

Dated: 7/15/08

The Hon. Claudia Wilken
United States District Judge

DB1/61953322.1